IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                      **No.**     **CV 17-470 WJ/LAM**
                                                     **CR 13-2520 WJ**

**JOSE FERNANDO**
**VALLECILLO-RODRIGUEZ,**

    **Defendant.**

## **ORDER**

**THIS MATTER** is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CR Doc. 67*). The Court will direct the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CR Doc. 67*) and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days of entry of this Order**, the United States answer Defendant's § 2255 motion.

**IT IS SO ORDERED.**

                                                                _/s/ Lourdes A. Martínez_
                                                                 **LOURDES A. MARTÍNEZ**
                                                                  **UNITED STATES MAGISTRATE JUDGE**